UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELEANOR T. GUARINO and JOSEPH GUARINO,<br>Plaintiffs,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS,<br>INC., PFIZER, INC., GREENSTONE, LTD., and<br>PHARMACIA & UPJOHN COMPANY,<br>Defendants. | Civ. A. No. 05-11437-RCL |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (collectively, "Wyeth"), and plaintiffs Eleanor T. Guarino and Joseph Guarino that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

ELEANOR T. GUARINO
and JOSEPH GUARINO

By their attorneys,


/s/ Albert Flanders
Samuel Pollack (BBO No. 560617)
Albert Flanders (BBO No. 567076)
POLLACK & FLANDERS, LLP
50 Congress Street, Suite 430
Boston, MA  02109
(617) 259-3000
aflanders@pollackandflanders.com

Dated:  November 17, 2005

US1DOCS 5387624v1

2

        WYETH, INC. and WYETH
        PHARMACEUTICALS, INC.

        By Their Attorneys,


        /s/ John J. Butts
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated:  November 17, 2005

2