UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELEANOR and JOSEPH GUARINO, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civ. A. No. 05-11437-RCL <br> ) |
| WYETH, INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., GREENSTONE, LTD., and PHARMACIA & UPJOHN COMPANY, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE OF JOHN J. BUTTS

Please enter the appearance of John J. Butts, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for the Wyeth, mistakenly identified in the complaint as Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.

Respectfully submitted,

WYETH and WYETH
PHARMACEUTICALS, INC.

By their attorneys:

/s/ John J. Butts
Robert M. Mahoney (BBO No. 315040)
John J. Butts (BBO No. 643201)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
john.butts@wilmerhale.com

Dated: December 23, 2005

US1DOCS 5444809v1

## **CERTIFICATE OF SERVICE**

      I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 23rd day of December, 2005.

                                              /s/ John J. Butts
                                              John J. Butts

US1DOCS 5444809v1