UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELEANOR and JOSEPH GUARINO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 05-11437-RCL |
| | ) |
| WYETH, INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., GREENSTONE, LTD., and PHARMACIA & UPJOHN COMPANY, | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the District of Massachusetts, defendants Wyeth, who plaintiffs incorrectly identified as Wyeth, Inc. in the complaint, and Wyeth Pharmaceuticals Inc. respectfully submit this Corporate Disclosure Statement.  Wyeth does not have a parent corporation.  No publicly held corporation owns ten percent (10%) or more of Wyeth's stock.  Wyeth Pharmaceuticals Inc. is an indirectly held, wholly owned subsidiary of Wyeth.  One hundred percent (100%) of the stock of Wyeth Pharmaceuticals Inc. is indirectly owned by Wyeth.

        WYETH and WYETH
        PHARMACEUTICALS, INC.

        By their attorneys:

        /s/ John J. Butts_____
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated:  December 23, 2005

## CERTIFICATE OF SERVICE

    I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 23rd day of December, 2005.

        /s/  John J. Butts_____
        John J. Butts