# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**　　　　　　　　　　　　　　　　　　　　　　　　**(501)604-5351**
**CLERK**

January 9, 2006

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

> Re:　　MDL No. 1507 - In re Prempro Products Liability Litigation
> E.D. AR Master Case Number 4:03CV01507 WRW
> Barbara Galante, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11377
> Mary Lee, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11436
> Eleanor T. Guarino, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11437　　*RWZ*
> Elizabeth Walsh v. Wyeth, Inc., et al - Your Case No. 1:05-11438
> Rochelle A. Bennett v. Wyeth, Inc., et al - Your Case No. 1:05-11439
> Estelle Hayman v. Wyeth, Inc., et al - Your Case No. 1:05-11441
> Sophia Higginbottom v. Wyeth, Inc., et al - Your Case No. 1:05-11447

Dear Ms. Thornton:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 4, 2006.　Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.)　Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*James W. McC*

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:　　Hon. William R. Wilson, Jr.



**A CERTIFIED TRUE COPY**

DEC 2 8 2005

ATTEST _[signature]_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED** JUDICIAL PANEL ON
U.S. DISTRICT COURT MULTIDISTRICT LITIGATION
EASTERN DISTRICT ARKANSAS

JAN 0 4 2006   DEC 1 2 2005

JAMES W. McCORMACK, CLERK FILED
By _[signature]_ CLERK'S OFFICE
DEP CLERK

*DOCKET NO. 1507*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _[signature]_ D.C.

**9 6 2**

**SCHEDULE CTO-58 - TAG-ALONG ACTIONS**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| | |
| **FLORIDA NORTHERN** | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| | |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| | |
| **MASSACHUSETTS** | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| | |
| **MARYLAND** | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| | |
| **MAINE** | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| | |
| **MINNESOTA** | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| | |
| **MISSOURI EASTERN** | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

SCHEDULE CTO-58 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**                    **CASE CAPTION**

MISSISSIPPI NORTHERN
MSN  1  05-72          Delores Arnold, et al. v. Wyeth, et al.
MSN  1  05-76          Martha Heleniak, et al. v. Wyeth, et al.
MSN  4  05-67          Barbara Watson, et al. v. Wyeth, et al.
MSN  4  05-159         Ethel Lee Murphy, et al. v. Wyeth, et al.
MSN  4  05-160         Willie Olive, et al. v. Abbott Laboratories, et al.
MSN  4  05-248         Claudia Stewart v. Wyeth, et al.

NEVADA
NV  3  05-585          ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~  Vacated 12/27/05

PENNSYLVANIA EASTERN
PAE  2  05-5525        Laura L. Jackson v. Wyeth, et al.
PAE  2  05-5527        Betty Harrison v. Wyeth, et al.
PAE  2  05-5528        Phyllis L. Morris, et al. v. Wyeth, et al.
PAE  2  05-5529        Annie Sawyer v. Wyeth, et al.
PAE  2  05-5532        Margaret A. Gray v. Wyeth, et al.
PAE  2  05-5533        Teresa R. Cassady, et al. v. Wyeth, et al.
PAE  2  05-5536        Mildred Key, et al. v. Wyeth, et al.
PAE  2  05-5537        Mariel J. Evans, et al. v. Wyeth, et al.
PAE  2  05-5540        Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
PR  3  05-1822         Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
SD  4  05-4103         Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
TXE  1  05-727         Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
TXN  7  05-148         Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
VT  2  05-234          Carolyn Volpini v. Wyeth, et al.
VT  2  05-235          Ellen H. Sussman v. Wyeth, et al.
VT  2  05-236          Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
WIW  3  05-614         Lynn J. Cantwell v. Wyeth, Inc., et al.